A. A. SCHAEFFER

v.

The STATE of Texas.

No. 34934.

Court of Criminal Appeals of Texas.

Jan. 23, 1963.

James L. McNees, Jr., Dallas, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is practicing medicine without a license; the punishment, 1 day in jail and a fine of $500.

It is properly made to appear that since the appeal in this case the appellant has died. Accordingly, the prior opinion is withdrawn and the appeal is abated.